1 | Aton Arbisser (State Bar No. 150496)
  | Email address:  aarbisser@kayescholer.com
2 | Daniel R. Paluch (State Bar No. 287231)
  | Email address:  daniel.paluch@kayescholer.com
3 | KAYE SCHOLER LLP
  | 1999 Avenue of the Stars, Suite 1600
4 | Los Angeles, California  90067-6048
  | Telephone:  (310) 788-1000
5 | Facsimile:  (310) 788-1200

6 | Attorneys for Defendant
  | Novartis Consumer Health, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julie Winkelmann, Michelle Cruz, and Thamar S. Cortina, on behalf of themselves and all other similarly situated individuals, | Case No. 14-cv-00160-JST |
| | Hon. Jon S. Tigar |
| Plaintiffs, | **STIPULATION TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE** |
| v. | Current Date:    April 23, 2014 |
| Novartis Consumer Health, Inc., | Proposed Date:  May 7, 2014 |
| Defendant. | |

Defendants Novartis Consumer Health, Inc., by and through its undersigned attorneys ("Defendant"), and Plaintiffs Julie Winkelmann, Michelle Cruz, and Thamar S. Cortina, by and through their undersigned attorneys ("Plaintiffs"), hereby stipulate to the following:

WHEREAS, on January 10, 2014, Plaintiffs filed a complaint captioned *Winkelmann et al. v. Novartis AG et al.*, No. 14-cv-160, a purported class action under Cal. Bus. & Prof. Code § 17200;

WHEREAS, on April 3, 2014, Plaintiffs amended their complaint by (1) adding an additional plaintiff and (2) dismissing without prejudice defendants Novartis AG and Novartis Corporation;

WHEREAS, pursuant to the January 16, 2014 Case Management Conference Order (Dkt. #10), the Initial Case Management Conference is scheduled for April 23, 2014;

WHEREAS lead counsel for Defendant is unable to participate in the Case Management Conference on April 23 as he will be in Philadelphia for a deposition on that date;

WHEREAS lead counsel for Defendant and Plaintiffs are able to participate in a Case Management Conference on May 7, 2014;

WHEREAS this stipulation is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the parties in this action, including, but not limited to, challenges to jurisdiction or venue.

NOW THEREFORE, the undersigned parties, by and though their counsel of record, stipulate as follows:

1. The Initial Case Management Conference, currently scheduled for April 23, 2014, is hereby adjourned to May 7, 2014 or such other later date as is convenient for the Court.

2. Case Management Statements shall be due ten court days prior to the new Case Management Conference date.

| | | |
|---|---|---|
| Dated: April 4, 2014 | | KAYE SCHOLER LLP |
| | | By: */s/ Aton Arbisser* |
| | |       Aton Arbisser |
| | | Attorneys for Defendant |
| | | Novartis Consumer Health, Inc. |
| Dated: April 4, 2014 | | GIRARD GIBBS LLP |
| | | By: */s/ Scott Grzenczyk* |
| | |       Scott Grzenczyk |

Eric H. Gibbs
Matthew B. George
Scott Grzenczyk
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:   (415) 981-4800
Facsimile:    (415) 981-4846

Todd D. Muhlstock
(*pending Pro Hac Vice application*)
Baker Sanders LLC
100 Garden City Plaza, Suite 500
Garden City, NY  11530
Telephone:   (516) 741-4799
Facsimile:    (516) 741-3777

*Attorneys for Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 8, 2014

IT IS SO ORDERED

Judge Jon S. Tigar
U.S. District Court
Northern District of California

**ATTESTATION STATEMENT**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I have received permission from all signatories listed in this document to enter a conformed signature, and have obtained their concurrence in the filing of this document. I further attest that I have on file and will maintain all records to support this concurrence.

Dated: April 4, 2014     KAYE SCHOLER LLP

By: */s/ Aton Arbisser*
Aton Arbisser
Attorneys for Defendant
Novartis Consumer Health, Inc.